UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **LINDA CARNAGIE,**
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,

        Defendants.

## JUDGMENT OF ACQUITTAL ON CONSPIRACY COUNTS
## AGAINST LINDA CARNAGIE

Pursuant to the Court's ruling on Defendant Linda Carnagie's motion for a judgment of acquittal under Fed. R. Crim. P. 29,

**IT IS THE JUDGMENT OF THE COURT** that Defendant Linda Carnagie is **ACQUITTED** on the conspiracy charges (Counts 1 and 41) against her.

Dated this 6th day of March, 2007

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                ―――――――――――――――――――
                Marcia S. Krieger
                United States District Judge