UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1. LINDA CARNAGIE,**
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
        Defendants.

## ORDER DIRECTING THE PARTIES TO GIVE NOTICE

Following the trial held between October 3 and December 1, 2006, the forfeiture count (Count 69) in the Second Superseding Indictment remained outstanding. On January 16, 2007, the Government filed a Submission Regarding Forfeiture Proceedings for Defendant Linda Carnagie and Defendant Stafford Hilaire **(#1575)**.

In the Court's Order dated March 6, 2007 **(#1648)**, the Court granted, in part, Ms. Carnagie's motion under Fed. R. Crim. P. 29. It also granted Mr. Hilaire's Rule 29 motion. The Court then entered a judgment of acquittal **(#1649)** on all counts against Mr. Hilaire, and a judgment of acquittal **(#1650)** on the conspiracy counts against Ms. Carnagie. On April 5, 2007, the Government filed a Notice of Appeal **(#1740)** of the March 6, 2007 Order. In light of the March 6, 2007 Order, and the Government's Notice of Appeal,

**IT IS ORDERED** that on or before **May 4, 2007,** the parties shall file a written notice with the Court indicating whether the Court should hold an evidentiary hearing on the forfeiture count against Ms. Carnagie at this juncture.

Dated this 20th day of April, 2007

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge