IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 04-cr-00463-MSK-16

UNITED STATES OF AMERICA

    Plaintiff,

v.

1. **LINDA CARNAGIE**,
2. NINA MARIE CAMERON,
3. LESLIE ROUSSEAU,
4. ALBERTICO GALINDO,
5. SONIA RAMIREZ,
6. SANDRA LINDSEY,
7. ROSAURA RAMIREZ,
8. GAIL HENDERSON,
9. DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD,
    also known as TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
    also known as Tracey Richardson,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,

33. WENDY WILKINS, and
34. ODIE WEBSTER, III,

    Defendants.

# FINAL ORDER OF FORFEITURE

    The matter is before the Court on the Government's Motion Pursuant to Fed. R. Crim. P. 32.2(b) for an Order of Forfeiture [**Doc. # 2325**].

    The Court finds, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, that the amount of $41,205.59 constitutes the property involved in the money laundering conspiracy charged in Count 41 of the Second Superseding Indictment of which defendant Linda Carnagie was convicted at trial.

    **THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, pursuant to Rule 32.2(b)(1), that defendant Linda Carnagie shall forfeit to the United States the amount of $41,205.59 pursuant to Title 18, United States Code, Section 982(a)(1); and

    **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

    **IT IS FURTHER ORDERED** that the Clerk of this Court shall deliver a copy of this Order to the United States Marshal and to counsel for the parties.

    Dated this 17th day of July, 2009.

                                                **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge